```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI
                   NORTHERN DIVISION


BOBBY INGRAM                                           PLAINTIFF


VS.                              CIVIL ACTION NO. 3:14CV390TSL-JCG


CAROLYN W. COLVIN, ACTING COMMISSIONER                 DEFENDANT
OF SOCIAL SECURITY
```

                                ORDER

    This cause is before the court on the objections of plaintiff Bobby Ingram to the report and recommendation of United States Magistrate Judge John C. Gargiulo on August 3, 2015, recommending that the government's motion to affirm the decision of the commissioner be granted and that plaintiff's motion for summary judgment be denied.  The court, having fully reviewed the report and recommendation and being duly advised in the premises, and having conducted a <u>de</u> <u>novo</u> review of those portions of the report and recommendation to which objections were made, now finds that the report and recommendation should be adopted as the opinion of the court over plaintiff's objections.

    Based on the foregoing, it is ordered that plaintiff's objections to the report and recommendation are overruled.  It is further ordered that the report and recommendation of United States Magistrate Judge John C. Gargiulo be, and the same is hereby, adopted as the findings of the court.  It follows then

that plaintiff's motion for summary judgment is denied and that the government's motion to affirm is granted, such that the action will be dismissed with prejudice.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 22nd day of September, 2015.

                                              /s/ Tom S. Lee
                                              UNITED STATES DISTRICT JUDGE